68,590-15

December 23, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Post Conviction petition for Writ of Habeas Corpus
      Article 11.07 of the Texas Code of Criminal Procedure.
Dear Honorable Abel Acosta:      (WR-68,590) (Tr.Ct. No. 36,365-A)

I filed with the 30th District Court of Wichita County, Texas a Post Conviction Petition for Writ of Habeas Corpus filed on November 5, 2015. I was given Notice that said writ was forwarded to the Court of Criminal Appeals for their Consideration on December 10, 2015.

I have NOT received a Official Notice from Court of Criminal Appeals of Texas that said petition was received and presented to the Court.

Also, please find enclosed a three (3) page (Second) memorandum Insupport of Defendant's application for Writ of habeas Corpus. Please, files this memorandum with my petition and present it to the Honorable Court.

Respectfully.
Joseph P. Miller
Joseph P. Miller
TDCJ-ID # 01391758
Hodge unit
379. FM 2972
Rusk, TX 75758

This document contains some pages that are of poor quality at the time of imaging.

1 OF 1

Tr. Ct. No. 36,365-A          WR-68,590

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## SECOND
MEMORANDUM INSUPPORT OF DEFENDANT'S
APPLICATION FOR WRIT OF HABEAS CORPUS
UNDER CODE OF CRIMINAL PROCEDURE, ARTICILE 11.07


EX PARTE   JOSEPH PRENTISS MILLER.
                              Defendent.


ISSUE: Are the grounds for revocation in this Cause Supported by evidence or facts of record?


Response: NO. The grounds for revocation on the Written judgment in this Cause, and _Not_ one of these grounds are Supported by evidence or facts of record; and they are as followed:


_Term No. 10_: States that I am in arrears 269.00 hours of Community Service Work. _The Order Setting Conditions of Community Supervision_ orders a beginning date (July14, 2000) for this term, however, it does _Not_ State a Completion date.
   I had four (4) years left of probation to Completion of Community Service hours.

Term No. 11(g): "The defendant failed to pay the Sex offender fee incurred herein in that the balance on such fee is in delinquent in the amount of $50.00."

Again, Order Setting Condition of Community Supervision ordered me to Starte on the 14th day of August, 2000, and thereafter until full payments are made (unless otherwise specified).
There is not a Completions date ordered only a Starting date; and there was four (4) years probation left.

Term No. 14(i): "The defendant failed to attend all Scheduled Counseling Sessions." "Specifically, the defendant Joseph Prentiss Miller failed to show for the November 22, 2005; December 1, 2005; and December 7, 2005; With the Sex offender Counselor, Ron Perrett."
Ron Perrtt's Contract with Wichita County, Texas probation department ended on September 2, 2005, and Mr. Perrett did Not have any Counseling Session Scheduled on November 22, 2005; December 1, 2005; and December 7, 2005. See County Record; and Testimony from Mr. Perrett, Reporter's Record Volum I, at 15, 2-6. (Hearing August 4, 2006).

Term No. 14C(i): "The defendant failed to pay all fee as required by the Defendant's treatment Contract With the program." "Specifically, the defendant Joseph Prentiss Miller is in arrears of $1,150.00 to Ron Perrett for individual Counseling Sessions."

There is <u>Not</u> anything written in the record reflects that an individual Counseling Sessions in the probation record. My Counseling Contract required me to attend Group Sessions. <u>See Counseling Contract, and testimony from Mr. Perry, Reporter's Record volum 1, at 15, 9-12</u> (Hearing August 4, 2006).

## INCONCLUSION

I humbly request this Court to reverse the trial Court's decision revoking my (the defendant) probation because the Written order of the Court is Not Supported by evidence or facts of record.

I further request that the foregoing proceedings to be Dismissed in accordance With Articale 42.12 §5 (C) of the Texas Code of Criminal Proceedure due to the period of Community Supervision imposed under Supsection (a) of this articale has expired.

C.C
Maureen Shelton D.A.
District Clerk's office

Respectfully Submitted,
Joseph Prentiss Miller
Joseph Prentiss Miller
TDCJ-ID #01391758
Hodge Unit
379 FM 2972 W.
Rusk, TX 75785